```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM GLENN SATTERLEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>WILLIAM GLENN SATTERLEE, )<br>)<br>       Defendant. )<br>)<br>_____ ) | NO. 1:04-CR-05305 OWW<br><br>STIPULATION TO VACATE TRIAL DATE AND SET MOTIONS SCHEDULE AND HEARING, AND ORDER THEREON<br><br>Date : June 5, 2006<br>Time : 9:00 a.m.<br>Judge : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, **that the trial date presently scheduled for March 14, 2006, may be vacated,** and a new motions schedule be set as follows: defendant's motions shall be filed on or before April 13, 2006, government's responses to be filed on or before May 25, 2006, **and a hearing on motions be set for June 5, 2006, at 9:00 A.M.**

This stipulation is sought because counsel for defendant has not yet received all of the necessary discovery and will need sufficient time to review the discovery and prepare any appropriate motions on behalf of the defendant, and counsel for plaintiff will need time to respond to any motions filed.

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice, including, but not limited to, the need for the period of time set forth herein in the
3  interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
4  3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 10, 2006

/s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: February 10, 2006

/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
WILLIAM GLENN SATTERLEE

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: February __13__, 2006    No further continuances (OWW)

/s/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Vacate Trial Date and Set Motions
Schedule and Hearing, and [Proposed] Order                −2−