```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
MARIANNE A. PANSA
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. F. 04-5305 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE OF PRETRIAL |
| ) | MOTIONS |
| v. ) | |
| ) | |
| WILLIAM GLENN SATTERLEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho and Marianne A. Pansa, Assistant U.S. Attorneys and Ann H. Voris, attorney for defendant, William Satterlee, that the pretrial motions, including motions in limine, currently due on February 3, 2007, be continued to February 5, 2007.

   The parties agree that the extension for filing of pretrial motions will not effect the response date for the motions, which

///

///

///

1 are due on February 8, 2007, or the date for the hearing on the
2 motions/trial confirmation date of February 13, 2007.
3 Dated: January 31, 2007                    Respectfully submitted,
4
5                                            McGREGOR W. SCOTT
                                             United States Attorney
6
7                                      By:   /s/ Sherrill A. Carvalho
                                             SHERRILL A. CARVALHO
8                                            MARIANNE A. PANSA
                                             Assistant U.S. Attorneys
9
   Dated: January 31, 2007   _____           /s/ Ann H. Voris
10                                           ANN H. VORIS
                                             Attorney for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
MARIANNE A. PANSA
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Cr. F. 04-05305 OWW |
|                                   ) | |
|                    Plaintiff,     ) | ORDER REGARDING PARTIES' |
|                                   ) | STIPULATION AND REQUEST |
|                                   ) | FOR CONTINUANCE OF FILING |
|             v.                    ) | OF PRETRIAL MOTIONS |
|                                   ) | |
| WILLIAM GLENN SATTERLEE,          ) | |
|                                   ) | |
|                    Defendant.     ) | |
| _____)  | |

On January 31, 2007, the parties lodged a stipulation to continue the date for the filing of pretrial motions, including motions in limine, from February 3, 2007 to February 5, 2007. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the filing of pretrial motions until February 5, 2007 is granted. The date for the parties' response motions will remain on February 8,

///

///

1  2007, and the date for the hearing on the motions/trial
2  confirmation will remain on February 13, 2007.
3
4  IT IS SO ORDERED.
5  **Dated:   February 1, 2007**            /s/ Oliver W. Wanger
   emm0d6                                   UNITED STATES DISTRICT JUDGE