McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
MARIANNE A. PANSA
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 04-5305 OWW |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING HEARING ON THE |
| | ) | PARTIES' MOTIONS IN LIMINE AND |
| | ) | THE GOVERNMENT'S MOTION |
| | ) | TO INTRODUCE 404(B) EVIDENCE |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM GLENN SATTERLEE, | ) | DATE: February 27, 2007 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: COURTROOM Three |
| _____ | ) | HON. OLIVER W. WANGER |

On February 13, 2007, the Court heard the parties' motions in limine, the government's motion to introduce 404(b) evidence, and oppositions.  Appearing for the government was Assistant U.S. Attorney Sherrill A. Carvalho; appearing for defendant William Glenn Satterlee was Assistant Federal Defender Ann H. Voris. Upon due consideration of the written and oral arguments of the parties and the record herein, the Court issues the following order:

The trial date of February 27, 2007 is confirmed.  Due to an ongoing civil trial which may or may not be concluded by February 27, 2007, this Court will issue notice of the time for jury selection for the Satterlee trial at a later date.

1

1	The Government's Motion <u>In Limine</u> to Exclude Reciprocal Discovery and Request for a Preclusion Order pursuant to Fed.R.Crim.P. 12.1, 12.2, 16(b)(1) and 16(d)(2) is granted.  This order precludes late discovery by both parties, absent a showing of "manifest necessity."

	The government's Motion <u>In Limine</u> to Exclude Defense of Impossibility as a Matter of Law is granted.  A decision on the government's Motion <u>In Limine</u> to Exclude Defense of Entrapment is reserved until the next scheduled hearing on February 26, 2007, at 3:00 p.m.

	The Government's Notice of Intent to Offer Evidence of Other Acts is granted in part.  The government will provide three specific chats between the defendant and individuals identifying themselves as minors for the Court's review <u>in camera</u>.  The government will be limited to the introduction of three chats as 404(b) evidence in its case-in-chief.  However, if the defendant testifies or argues an entrapment defense, the government will be allowed introduce into evidence additional chats, as outlined in the government's 404(b) notice.

	The Defendant's Motion <u>In Limine</u> to Exclude Evidence found on the defendant's computer and other items seized pursuant to search warrant from his home, is denied.  The defendant's motion to exclude testimony of experts the government intends to call at trial is denied.  The government's motion to exclude testimony of the forensic expert the defendant intends to call at trial is denied.

	IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   February 15, 2007** | **/s/ Oliver W. Wanger** |
| emm0d6 | UNITED STATES DISTRICT JUDGE |