IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR.F. NO. 04-5305 OWW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO COMPEL |
| v. ) | |
| ) | |
| WILLIAM GLENN SATTERLEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Federal Rules of Evidence 702, 703, and 705, and Federal Rule of Criminal Procedure 16(b)(1)(C), the defense is required to provide to the government "a written summary of expert testimony, including the opinions of any expert witnesses, the bases and reasons therefore," for Benjamin Rose.  The defense is further ordered to provide such summary to the government by February 23, 2007.

DATED: 2/21/2007                          /s/ Oliver W. Wanger
                                          HONORABLE OLIVER W. WANGER

1