IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.F. NO. 04-5305 OWW |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| WILLIAM GLENN SATTERLEE, | ) | |
| Defendant. | ) | |

ORDER

   IT IS ORDERED that the Application for Order Shortening Time for Plaintiff's SUPPLEMENTAL OPPOSITION TO DEFENDANT'S REQUEST FOR RELEASE is GRANTED; The motion will be heard on April 4, 2007 at 9:00 a.m., in Courtroom 3.  Defendant must show he is not a flight risk and not a danger to the community and satisfy the additional requirements of 18 USC 3143(a) and (b). (OWW)


Dated: 3/21/07
                              /s/ Oliver W. Wanger
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT COURT JUDGE

1