DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM GLENN SATTERLEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM GLENN SATTERLEE, <br><br> Defendant. | NO. 1:04-CR-05305 OWW <br><br> APPLICATION FOR ORDER EXONERATING PROPERTY BOND; DECLARATION OF COUNSEL; AND ORDER THEREON <br><br> Judge : Hon. Oliver W. Wanger |

Defendant William Glenn Satterlee, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On November 8, 2004, defendant William Satterlee made an initial appearance in the above-captioned case for arraignment on the Indictment; defendant was ordered released upon posting of a $150,000.00 appearance and compliance bond, to be replaced by a $150,000.00 property bond. The appearance and compliance bond was filed by the court on November 8, 2004. (Dkt. #4)  On January 11, 2005, Deed of Trust #2005-362 Bond was posted, Receipt #100 200918  (Dkt. #9), and the certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on January 14, 2005. (Dkt. #10)

///

///

On March 1, 2007, after trial, Defendant was found guilty and was remanded into custody. (Dkt. #76)  On June 27, 2007, Defendant Satterlee appeared for sentencing and was sentenced to a term of sixty (60) months in custody.  Defendant Satterlee remains in custody.

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated:   June 29, 2007.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/  Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
WILLIAM GLENN SATTERLEE

### DECLARATION OF ANN H. VORIS

I, Ann H. Voris, declare as follows:

1. I am the Assistant Federal Defender representing Mr. Satterlee in this case.  I have represented him since December 21, 2004.

2. On November 8, 2004, Defendant Satterlee was released on a $150,000.00 unsecured appearance bond with a property bond in the amount of $150,000.00 to be filed with the court on property owned by William Satterlee and his wife, Fujiko Satterlee, located at 5850 Thornicroft Drive, Valley Springs, CA 95252.  On January 11, 2005, Deed of Trust #2005-362 was delivered to the court, Receipt #100 200918 (Dkt. #9), and on January 14, 2005, a certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court. (Dkt. #10)

3. On March 1, 2007, after trial, Defendant was found guilty and was remanded into custody. (Dkt. #76)

4. On June 27, 2007, defendant was sentenced to sixty (60) months in custody.  Defendant remains in custody.

1 | I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on June 29, 2007, at Fresno, California.

                /s/  Ann H. Voris
                ANN H. VORIS

## **O R D E R**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to William G. Satterlee and Fujiko Satterlee, 5850 N. Thornicroft Drive, Valley Springs, CA 95252.

IT IS SO ORDERED.

**Dated:   July 2, 2007**                **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE